FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 26 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| CHARLIE RIDLEY, et al, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | CASE NO. 1:69-CV-12972 |
| ) | |
| STATE OF GEORGIA and COWETA ) | |
| COUNTY SCHOOL DISTRICT, et al. ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

The United States of America ("United States") has reviewed the compliance of the Coweta County School District (the "District") with a 1973 court order entered in this case that permanently enjoined the District from operating a dual system of schools segregated on the basis of race. Based on a review of the information provided by the District and other data, the United States advised the District that in its view the District has fulfilled its affirmative desegregation obligations under the court order and applicable federal law. As indicated by the signatures below, the parties asked the Court to approve this Agreed Order of Dismissal, declaring that the District has achieved unitary status

1

in the remaining areas of student assignment and quality of education, and dismissing this case.

## I. PROCEDURAL BACKGROUND

The United States filed the original complaint in this case on August 1, 1969, against the State of Georgia, officials of the State, and 81 public school districts, including the Coweta County School Board and the City of Newnan School Board. Plaintiff-Intervenors joined the action to address statewide issues on behalf of black students. The United States and Plaintiff-Intervenors alleged that Defendants operated racially dual systems of public education in violation of the Fourteenth Amendment and Title IV of the Civil Rights Act of 1964, 42 U.S.C. § 2000-6. On December 17, 1969, the Court entered a detailed regulatory injunction requiring each of the individual school districts to establish a fully desegregated school system in compliance with *Brown v. Board of Education,* 347 U.S. 483 (1954). On January 1, 1969, the Coweta County School Board and the City of Newnan School Board officially consolidated to create a unified Coweta County School District.

On July 23, 1973, the Court dissolved the detailed regulatory injunction for several school districts, including the Coweta County School District, and replaced it with a permanent injunction. The permanent injunction requires each of these school districts to: take no action that tends to segregate students, faculty or staff

by school on the basis of race, color or national origin; hire, assign, promote, pay, demote and dismiss administrative staff and staff members that work directly with children without regard to race, color or national origin; assign bus routes and students to buses in a non-segregated and non-discriminatory manner; perform school construction, consolidation, and site selection in a manner that will prevent the recurrence of a dual school structure; and permit student transfers on a non-discriminatory basis and in a manner that does not cumulatively reduce desegregation in the affected districts.

On November 9, 2006, this Court entered a Consent Decree finding that the District had achieved partial unitary status with respect to transportation, and identifying maintenance provisions with which the District agreed to comply in the areas of facilities; student attendance zones and assignments; transfers; and employee assignment. ECF Doc. No. 355. Since that time, the United States has carefully monitored the District's compliance with the extant desegregation order and other applicable federal law. This included, inter alia, analyzing information provided by the District and other data related to *the Green* factors, discussed below, and the District's affirmative desegregation obligations, and site visits to the District. By letter to the District on March 4, 2019, the United States shared its conclusion that the District had met its remaining desegregation obligations. On

March 25, 2019, the parties filed a joint Motion to Dismiss the case and this proposed Agreed Order of Dismissal.

## II. LEGAL STANDARD

The goal of a school desegregation case is to convert promptly a *de jure* segregated school system to a system without "white" schools or "black" schools, but just schools. *Green v. County Sch. Bd. of New Kent Cty., Va.*, 391 U.S. 430, 442 (1968). To obtain a declaration of unitary status, the District must show that it has: (1) fully and satisfactorily complied with the Court's decrees for a reasonable period of time; (2) eliminated the vestiges of prior *de jure* discrimination to the extent practicable; and (3) demonstrated a good-faith commitment to the whole of the Court's decrees and to those provisions of the law and the Constitution that were the predicate for judicial intervention in the first instance. *See Missouri v. Jenkins*, 515 U.S. 70, 87-89 (1995); *Freeman v. Pitts*, 503 U.S. 467, 491-92, 498 (1992); *Bd. of Educ. of Oklahoma City Pub. Sch. v. Dowell*, 498 U.S. 237, 248-50 (1991). The Eleventh Circuit set forth legal standards for analyzing whether a formerly *de jure* segregated school system has attained unitary status. *See, United States v. State of Georgia (Meriwether County)*, 171 F.3d 1344, 1347 (11th Cir. 1999); *Lockett v. Board of Educ. of Muscogee County Sch. Dist.*, 111 F.3d 839, 842 (11th Cir. 1997); *Lee v. Etowah County Bd. of Educ.*, 963 F.2d 1416, 1425 (11th Cir. 1992).

The Supreme Court identified six areas, commonly known as the "*Green* factors," which must be addressed as part of the determination of whether a school district has fulfilled its duties and eliminated vestiges of the prior dual system to the extent practicable: (1) student assignment; (2) faculty; (3) staff; (4) transportation; (5) extracurricular activities; and (6) facilities. *Green v. Sch. Bd. of New Kent Cty.*, 391 U.S. 430, 435 (1968); *see Manning ex rel. Manning v. Sch. Bd. of Hillsborough Cty.*, 244 F.3d 927, 942 (11th Cir. 2001) (stating that "for a district court to determine whether the vestiges of discrimination have been eliminated to the extent practicable, it must examine . . . the *Green* factors"). The Supreme Court also approved consideration of other indicia, such as "quality of education," as important factors for determining whether the District has fulfilled its desegregation obligations. *Freeman*, 503 U.S. at 492-93.

A fundamental inquiry in assessing compliance "is the degree of racial imbalance in the school district, that is to say a comparison of the proportion of majority to minority in individual schools with the proportions of the races in the district as a whole." *Freeman*, 503 U.S. at 474. The Eleventh Circuit defines racially identifiable any school with a black/white ratio varying plus or minus 20 percentage points from the district overall enrollment. *Manning*, 244 F.3d at 935.

The proper measure of a district's progress toward unitary status "is the effectiveness, not the purpose," of its actions. *Dayton Bd. of Educ. v. Brinkman*,

443 U.S. 526, 537-38 (1979); *see also Swann v. Charlotte-Mecklenburg Bd. of Educ.*, 402 U.S. 1, 25 (1971). To that end, a district must demonstrate its "affirmative commitment to comply in good faith with the entirety of a desegregation plan," not simply that it "had [not] acted in bad faith or engaged in further acts of discrimination since the desegregation plan went into effect." *Freeman*, 503 U.S. at 499.

### III.   STIPULATED FACTS

**A. Student Assignment**

During the 1968-69 school year, the Coweta County School Board operated twelve schools, enrolling 4,859 students (52.7% white and 47.2% black); 94.4% of the 2,294 enrolled black students attended five *de jure* black schools: Eastside Elementary, Grantville-Brown Elementary, Northside Elementary, Westside Elementary, and Newnan-Coweta Central High. The City of Newnan School Board operated seven schools, enrolling 3,223 (71.6% white and 28.4% black); 92.7% of the 915 enrolled black students attended three *de jure* black schools: Fairmont, Howard Warner, and Ruth Hill.

During the 1970-71 school year, the newly consolidated Coweta County School District operated twenty schools, enrolling 8,050 students (60% white and 40% black). The following chart summarizes the enrollment at each school in the District during the 1970-71 school year:

| School | Grade | Black | | White | | Total |
|---|---|---|---|---|---|---|
| Grantville Brown Elementary | 1-2 | 92 | 41% | 131 | 59% | 223 |
| Northside Elementary | 1-2 | 115 | 42% | 162 | 58% | 277 |
| East Newnan Elementary | 1-3 | 70 | 34% | 137 | 66% | 207 |
| Atkinson Elementary | 1-4 | 218 | 44% | 283 | 56% | 501 |
| East Coweta Elementary | 1-4 | 202 | 45% | 242 | 55% | 444 |
| Elm Street | 1-4 | 201 | 39% | 310 | 61% | 511 |
| Western Elementary | 1-5 | 176 | 40% | 261 | 60% | 437 |
| Grantville Elementary | 3-5 | 124 | 44% | 156 | 56% | 280 |
| Arnco-Sargent Elementary | 3-7 | 97 | 36% | 171 | 64% | 268 |
| Madras | 3-7 | 166 | 42% | 226 | 58% | 392 |
| Ruth Hill | 4-7 | 197 | 39% | 307 | 61% | 504 |
| Fairmount | 5-7 | 143 | 31% | 322 | 69% | 465 |
| Eastside Elementary | 5-8 | 196 | 46% | 227 | 54% | 423 |
| Moreland Elementary | 6-8 | 122 | 36% | 214 | 64% | 336 |
| Westside Elementary | 6-8 | 110 | 46% | 127 | 54% | 237 |
| Newnan Junior High | 8 | 144 | 37% | 250 | 63% | 394 |
| Newnan Coweta Central HS | 9-10 | 297 | 40% | 446 | 60% | 743 |
| East Coweta High | 9-12 | 106 | 35% | 201 | 65% | 307 |
| Western Junior Senior High | 9-12 | 77 | 33% | 153 | 67% | 230 |
| Newnan High | 10-12 | 353 | 41% | 518 | 59% | 871 |
| **Total** | | **3206** | **40%** | **4844** | **60%** | **8050** |

*Data from the US Department of Education's 1970 Civil Rights Data Collection

During the 2016-17 school year, the Coweta County School District operated thirty-two non-specialty schools, enrolling 23,518 students (62% white and 22% black).[1] The following chart summarizes the enrollment at each school in the District during the 2016-17 school year:[2]

---

[1] Of the remaining students, 10% identify as Hispanic, 2% identify as Asian, .5% identify as Native American/Pacific Islander, and 3.5% identify as two or more races.
[2] This list excludes specialized schools, such as special education centers.

7

| School | Grade | Black | | White | | Total |
|---|---|---|---|---|---|---|
| Arbor Springs Elementary | PK-5 | 35 | 8% | 332 | 76% | 434 |
| Arnco-Sargent Elementary | K-5 | 50 | 13% | 276 | 70% | 396 |
| Atkinson Elementary | PK-5 | 134 | 32% | 209 | 49% | 425 |
| Brooks Elementary | PK-5 | 82 | 11% | 535 | 74% | 720 |
| Canongate Elementary | PK-5 | 39 | 6% | 454 | 73% | 618 |
| Eastside Elementary | PK-5 | 57 | 12% | 401 | 82% | 491 |
| Elm Street Elementary | K-5 | 138 | 27% | 299 | 58% | 515 |
| Glanton Elementary | PK-5 | 78 | 23% | 227 | 68% | 334 |
| Jefferson Parkway Elem. | PK-5 | 229 | 41% | 132 | 24% | 555 |
| Moreland Elementary | PK-5 | 59 | 13% | 323 | 69% | 469 |
| Newnan Crossing Elem. | K-5 | 284 | 31% | 379 | 41% | 930 |
| Northside Elementary | PK-5 | 98 | 24% | 278 | 67% | 416 |
| Poplar Road Elementary | PK-5 | 151 | 25% | 403 | 66% | 611 |
| Ruth Hill Elementary | PK-5 | 218 | 49% | 158 | 35% | 449 |
| Thomas Crossroads Elem. | PK-5 | 33 | 8% | 314 | 76% | 411 |
| Welch Elementary | PK-5 | 299 | 37% | 331 | 41% | 808 |
| Western Elementary | PK-5 | 147 | 34% | 248 | 57% | 436 |
| White Oak Elementary | PK-5 | 145 | 23% | 365 | 57% | 644 |
| Willis Road Elementary | PK-5 | 60 | 9% | 529 | 75% | 703 |
| Arnall Middle | 6-8 | 293 | 31% | 419 | 45% | 936 |
| East Coweta Middle | 6-8 | 119 | 16% | 515 | 71% | 728 |
| Evans Middle | 6-8 | 199 | 27% | 428 | 58% | 736 |
| Lee Middle | 6-8 | 168 | 17% | 623 | 64% | 972 |
| Madras Middle | 6-8 | 148 | 13% | 776 | 71% | 1099 |
| Maggie Brown | 6-8 | 26 | 45% | 25 | 43% | 58 |
| Smokey Road Middle | 6-8 | 230 | 33% | 381 | 54% | 704 |
| 8th Grade Charter and Career | 8 | 15 | 13% | 79 | 69% | 115 |
| Central Educational Center | 9-12 | 124 | 13% | 694 | 74% | 933 |
| East Coweta High | 9-12 | 651 | 23% | 1718 | 60% | 2865 |
| Newnan High | 9-12 | 545 | 26% | 1361 | 64% | 2127 |
| Northgate High | 9-12 | 229 | 13% | 1308 | 73% | 1780 |
| Winston Dowdell | 9-12 | 57 | 57% | 37 | 37% | 100 |
| Total | | 5140 | 22% | 14557 | 62% | 23518 |

*Data submitted to the United States from the District

Although the District has experienced changes in demographics and increased enrollment since the inception of this case, the District maintains a desegregated student enrollment that generally reflects the current overall racial composition of the District. Specifically, during the 2016-17 school year, the enrollment of black and white students at 26 of the 32 elementary, middle, and high schools mirrored the District wide enrollment number within +/- 20%. Of the six schools that do not mirror the district demographics within +/- 20%, only two - Ruth Hill Elementary and the alternative high school, Winston Dowdell – maintained an enrollment ratio outside +/-20% the district-wide ratio. At three schools, Newnan Crossing, Jefferson Parkway and Welch Elementary Schools, only the white student enrollment was outside +/-20% of the District-wide enrollment; and at the alternative middle school, Maggie Brown, only black student enrollment fell outside of +/-20% of the District-wide enrollment. Black students comprise the majority enrollment only at Winston Dowdell, to which students are assigned on a temporary basis for discipline reasons.

Since the 1969 consolidation, the District has constructed and consolidated schools in a manner that did interfere with its desegregation obligations.

The District grants and denies student transfers in compliance with the District's transfer policy and this Court's order without discriminating on the basis

of race. These transfers do not have a negative effect on desegregation in the District's schools.

**B. Faculty and Staff Assignment**

During the 1968-69 school year, the Coweta County School Board employed 184 certified teachers (54.9% white and 45.1% black). The Board assigned 96.4% of the 83 black certified teachers to the five *de jure* black schools: Eastside Elementary, Grantville-Brown Elementary, Northside Elementary, Westside Elementary, and Newnan-Coweta Central High. The City of Newnan School Board employed 122 certified teachers (72.1% white and 27.9% black). The Board assigned 88.2% of the 34 black certified teachers to the three *de jure* black schools: Fairmount, Howard Warner, and Ruth Hill.

During the 1970-71 school year, the newly consolidated Coweta County School District employed 309 certified teachers (66% white and 34% black). The following chart summarizes the assignment of teachers at each school in the District for the 1970-71 school year:

| School | Grade | Black | | White | | Total |
|---|---|---|---|---|---|---|
| Grantville Brown Elementary | 1-2 | 5 | 56% | 4 | 44% | 9 |
| Northside Elementary | 1-2 | 4 | 40% | 6 | 60% | 10 |
| East Newnan Elementary | 1-3 | 3 | 43% | 4 | 57% | 7 |
| Atkinson Elementary | 1-4 | 6 | 32% | 13 | 68% | 19 |
| East Coweta Elementary | 1-4 | 6 | 38% | 10 | 63% | 16 |
| Elm Street | 1-4 | 6 | 33% | 12 | 67% | 18 |
| Western Elementary | 1-5 | 6 | 40% | 9 | 60% | 15 |

10

| School | Grade | Black | | White | | Total |
|---|---|---|---|---|---|---|
| Grantville Elementary | 3-5 | 4 | 44% | 5 | 56% | 9 |
| Arnco-Sargent Elementary | 3-7 | 3 | 27% | 8 | 73% | 11 |
| Madras | 3-7 | 3 | 21% | 11 | 79% | 14 |
| Ruth Hill | 4-7 | 8 | 42% | 11 | 58% | 19 |
| Fairmount | 5-7 | 7 | 44% | 9 | 56% | 16 |
| Eastside Elementary | 5-8 | 6 | 38% | 10 | 63% | 16 |
| Moreland Elementary | 6-8 | 4 | 40% | 6 | 60% | 10 |
| Westside Elementary | 6-8 | 5 | 56% | 4 | 44% | 9 |
| Newnan Junior High | 8 | 6 | 38% | 10 | 63% | 16 |
| Newnan Coweta Central HS | 9-10 | 11 | 37% | 19 | 63% | 30 |
| East Coweta High | 9-12 | 2 | 10% | 18 | 90% | 20 |
| Western Junior Senior High | 9-12 | 3 | 30% | 7 | 70% | 10 |
| Newnan High | 10-12 | 8 | 23% | 27 | 77% | 35 |
| **Total** | | **106** | **34%** | **203** | **66%** | **309** |

*Data from the US Department of Education's 1970 Civil Rights Data Collection

In 2016-17, the District retained 3,260 employees, of which 18% were black. Of the 117 district-wide administrators and staff, 16 (14%) were black, 97 (83%) were white, and 4 (3%) were other. Of the 76 school principals and assistant principals, 25 (33%) were black, 50 (66%) were white, and 1 (1%) were other. The District employed a total of 1,481 certified and non-certified school-level teachers and education personnel (such as special education specialists), of which 171 (12%) were black, 1278 (86%) were white, and 32 (3%) were other. The following chart illustrates the number of teachers and educational personnel at each individual school:

| School | Grade | Black | | White | | Total |
|---|---|---|---|---|---|---|
| Arbor Springs Elementary | PK-5 | 2 | 6% | 30 | 88% | 34 |
| Arnco-Sargent Elementary | K-5 | 2 | 6% | 34 | 94% | 36 |

11

| School | Grades | | | | | |
|---|---|---|---|---|---|---|
| Atkinson Elementary | PK-5 | 6 | 16% | 30 | 81% | 37 |
| Brooks Elementary | PK-5 | 3 | 7% | 38 | 90% | 42 |
| Canongate Elementary | PK-5 | 2 | 5% | 38 | 93% | 41 |
| Eastside Elementary | PK-5 | 4 | 10% | 34 | 87% | 39 |
| Elm Street Elementary | K-5 | 2 | 5% | 40 | 95% | 42 |
| Glanton Elementary | PK-5 | 4 | 11% | 31 | 86% | 36 |
| Jefferson Parkway Elem. | PK-5 | 8 | 19% | 34 | 79% | 43 |
| Moreland Elementary | PK-5 | 3 | 8% | 34 | 92% | 37 |
| Newnan Crossing Elem. | K-5 | 5 | 8% | 60 | 92% | 65 |
| Northside Elementary | PK-5 | 4 | 13% | 27 | 84% | 32 |
| Poplar Road Elementary | PK-5 | 6 | 14% | 35 | 81% | 43 |
| Ruth Hill Elementary | PK-5 | 8 | 17% | 38 | 83% | 46 |
| Thomas Crossroads Elem. | PK-5 | 6 | 17% | 28 | 80% | 35 |
| Welch Elementary | PK-5 | 4 | 7% | 50 | 89% | 56 |
| Western Elementary | PK-5 | 3 | 9% | 29 | 88% | 33 |
| White Oak Elementary | PK-5 | 2 | 5% | 39 | 93% | 42 |
| Willis Road Elementary | PK-5 | 3 | 6% | 44 | 92% | 48 |
| Arnall Middle | 6-8 | 11 | 19% | 48 | 81% | 59 |
| East Coweta Middle | 6-8 | 5 | 14% | 31 | 86% | 36 |
| Evans Middle | 6-8 | 4 | 9% | 40 | 91% | 44 |
| Lee Middle | 6-8 | 3 | 7% | 40 | 87% | 46 |
| Madras Middle | 6-8 | 4 | 8% | 44 | 92% | 48 |
| Maggie Brown | 6-8 | 3 | 60% | 2 | 40% | 5 |
| Smokey Road Middle | 6-8 | 7 | 21% | 24 | 71% | 34 |
| 8th Grade Charter and Career | 8 | 0 | 0% | 1 | 100% | 1 |
| Central Educational Center | 9-12 | 2 | 9% | 21 | 91% | 23 |
| East Coweta High | 9-12 | 19 | 12% | 129 | 83% | 156 |
| Newnan High | 9-12 | 16 | 13% | 105 | 86% | 122 |
| Northgate High | 9-12 | 14 | 13% | 92 | 84% | 110 |
| Winston Dowdell | 9-12 | 6 | 60% | 8 | 80% | 10 |
| **Total** | | **172** | **12%** | **1278** | **86%** | **1481** |

*Data submitted to the United States from the District

During the 2016-17 school year, assignment of teachers at all schools but Maggie Brown and Winston Dowdell - the alternative middle and high schools - mirrored the District wide-ratio of both black and white teachers within +/-20%.

The District recruits minority administrators, faculty and staff, and there is no evidence of discrimination in the District's employment practices, or faculty and staff assignment.

### C. Extracurricular Activities

The District offers a wide variety of student activities, and race is not a consideration for participation in those activities. Student participation in sports, student government, clubs, and extracurricular and co-curricular activities reflects that activities are available to all students in the District regardless of race.

### D. Facilities

The District assigns students to facilities in a non-segregated and non-discriminatory manner, and there is no evidence of discrimination in school facilities.

## IV. DECLARATION OF UNITARY STATUS AND DISMISSAL OF THE CASE

Based on the information and data provided by the District and the United States, and the applicable law, the Court finds that the District acted in good faith to comply with the Court's 1973 Order and the 2006 Consent Decree for a

reasonable period of time, refrained from taking actions that would reverse its progress in desegregating its system, eliminated the vestiges of past *de jure* discrimination to the extent practicable, and operates a unitary school system. The Court therefore concludes that the Coweta County School District has met the legal standards for a declaration of unitary status and is entitled to dismissal of this case. *Freeman*, 503 U.S. at 492.

Accordingly, it is hereby ORDERED that all prior injunctions against the Coweta County School District are DISSOLVED, jurisdiction is TERMINATED, and the case against this District is DISMISSED WITH PREJUDICE.

So ORDERED, this _____ day of _____, 2019.

_____
United States District Judge

**Approved:**

**For Plaintiff United States of America**

                                      ERIC DREIBAND
                                      Assistant Attorney General

                                      FRANZ MARSHALL
                                      COLLEEN PHILLIPS
                                      California Bar No. CA Bar # 298146
                                      United States Department of Justice
                                      Civil Rights Division
                                      Educational Opportunities Section,
                                      950 Pennsylvania Avenue, NW
                                      Washington, DC 20530
                                      Phone: (202) 514-4092
                                      Colleen.phillips@usdoj.gov

**For the Coweta County School District:**

                                      */s/ Nathan Lee*
                                      NATHAN T. LEE
                                      Georgia Bar No. 443770
                                      Glover & Davis, P.A.
                                      P.O. Drawer 1038
                                      10 Brown Street
                                      Newnan, GA 30264
                                      Phone: (770) 683-6000
                                      Fax: (770) 683-6010
                                      nlee@gloverdavis.com

This the 25th day of March, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERCIA,  )<br>)<br>Plaintiff,  )<br>)<br>and  )<br>)<br>CHARLES RIDLEY, JR. et al.,  )<br>)<br>Plaintiffs-Intervenors  )<br>)<br>v.  )<br>)<br>THE STATE OF GEORGIA and COWETA  )<br>COUNTY SCHOOL DISTRICT, et al.  )<br>)<br>Defendants  )<br>) | Civil Action<br><br>No. 1:69-CV-12972 |

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

_____
Colleen Phillips, Trial Attorney
U.S. Department of Justice

16

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERCIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> and ) <br> ) <br> CHARLES RIDLEY, JR. et al., ) <br> ) <br> Plaintiffs-Intervenors ) <br> ) <br> v. ) <br> ) <br> THE STATE OF GEORGIA and COWETA ) <br> COUNTY SCHOOL DISTRICT, et al. ) <br> ) <br> Defendants ) <br> ) | Civil Action <br><br> No. 1:69-CV-12972 |

**CERTIFICATE OF COMPLIANCE**

I hereby certify that on March 25, 2019, I mailed the attached document to the Clerk's Office using the postal service for filing, and sent a copy through electronic transmission to the following:

NATHAN T. LEE
Glover & Davis, P.A.
P.O. Drawer 1038
10 Brown Street
Newnan, GA 30264
Phone: (770) 683-6000
Fax: (770) 683-6010
nlee@gloverdavis.com

Dated: March 25, 2019

_____
COLLEEN PHILLIPS
California Bar No. CA Bar # 298146
United States Department of Justice
Civil Rights Division
Educational Opportunities Section, PHB
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 307-6548
Colleen.phillips@usdoj.gov