**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**CHARLIE RIDLEY, et al.,**<br><br>**Plaintiff Intervenors,**<br><br>**v.**<br><br>**STATE OF GEORGIA, et al.,**<br>**(Barrow County, Georgia),**<br><br>**Defendants.** | **CASE NO. 1:69-CV-12972** |

**ORDER GRANTING DECLARATION OF FULL UNITARY STATUS AND DISMISSING CASE WITH PREJUDICE**

This Court has considered Plaintiff, the United States of America's Motion for Unitary Status and Dismissal with Prejudice, ECF No. 382.

Accordingly, it is hereby ORDERED and ADJUDGED that:

1. The Motion for Unitary Status and Dismissal with Prejudice, ECF No. 382, is GRANTED.

2. The Court hereby declares that the Barrow County Georgia School District has achieved full and final unitary status.

3. The Court's jurisdiction over this matter is terminated, and the case is hereby DISMISSED WITH PREJUDICE as to all Defendants.

4. All prior injunctions and orders entered in this case are DISSOLVED.

5. The Clerk shall enter judgment stating, "This case is DISMISSED with prejudice," and close the file.

SO ORDERED on April 22, 2026.

Victoria Marie Calvert
United States District Judge