**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CHARLIE RIDLEY, et al.,<br><br>Plaintiff Intervenors,<br>vs.<br><br>STATE OF GEORGIA, et al., (Barrow County, Georgia),<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:69-cv-12972-VMC |

**<u>J U D G M E N T</u>**

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of Plaintiff's Motion for Unitary Status and Dismissal with Prejudice, and the court having granted said motion, it is

**Ordered and Adjudged** that this case is **DISMISSED WITH PREJUDICE**.

Dated at Atlanta, Georgia, this 22nd day of April, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Andrea Gee
Deputy Clerk

Prepared, Filed, and Entered in
the Clerk's Office
April 22, 2026
Kevin P. Weimer
Clerk of Court

By: s/Andrea Gee
Deputy Clerk